# DAVID HOROWITZ, P.C.
### COUNSELOR AT LAW
276 FIFTH AVENUE
NEW YORK, NEW YORK 10001
(212) 684-3630
(F) (212) 685-8617



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 3 1 2008

January 29, 2008

VIA FACSIMILE TRANSMISSION [(212) 805-0426]
Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiffs counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: Miranda D'Ancona, v. D &R Transportation, LLC.
Case No.: 07 CV 10618

Dear Judge Swain:

This office represents the plaintiff Miranda D'Ancona in the above referenced matter. The insurance carrier for the defendants has been in contact with my office. No answer, however, has been interposed. The claims consultant advised me that she requires certain additional information to potentially resolve this matter. In the event that this matter does not resolve itself, I have offered to accept an answer beyond the deadline for service of same. I suggest thirty (30) days from today's date as a deadline for service of the answer to afford us the opportunity to attempt to resolve the matter. The claims consultant agrees with this proposed timetable. Thus, I respectfully request that the conference scheduled for Friday, February 1, 2008 be adjourned for 45 days. Should you require anything further, please do not hesitate to contact the undersigned.

Very truly yours,
DAVID HOROWITZ, P.C.

By: _____
Steven J. Horowitz (SH1352)

cc: [Via Facsimile (312) 260-6530]
Victoria R. England
CNA E & S Claims
PO Box 17910
Denver, CO 80217-0910

*The conference is adjourned to March 14, 2008, at 10:30 AM and the related deadlines are modified accordingly.*

SO ORDERED.

_____ 1/30/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE