UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIRANDA D'ANCONA,                             Case No.: 07 CV 10618

                 Plaintiff(s),           **RULE 7.1 STATEMENT**

-against-

D & R TRANSPORTATION, LLC., PS, INC.,
and DONALD P. MOORE,

                 Defendant(s).
------------------------------------------------------------X

      Pursuant to the Rule 7.1 of the Federal Rules of Civil Procedures, defendants D & R TRANSPORTATION, LLC. and PS, INC., by its attorneys, RAVEN & KOLBE, LLP, state that they are privately held corporations.

Dated: New York, New York
       February 27, 2008

                                    Respectfully submitted,

                                    RAVEN & KOLBE, LLP

                                    By: _____
                                    Keith A. Raven (KR-8086)
                                    Attorneys for Defendant
                                    D & R TRANSPORTATION, LLC.,
                                    PS, INC., and DONALD P. MOORE
                                    126 East 56th Street, Suite 202
                                    New York, New York 10022
                                    Tel. (212) 759-7466
                                    Fax (212) 759-0166
                                    Our File No: 860-010

To:

David Horowitz, P.C.
Attorneys for Plaintiff
MIRANDA D'ANCONA
Office & P.O. Address
276 Fifth Avenue
New York, New York 10001
Tel. (212) 684-3630

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Nelida M. Lamboy-Perez, being duly sworn, deposes and says:

1. That she is an employee in the office of RAVEN & KOLBE, LLP, attorneys herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Glendale, New York.

3. That on February 27, 2008 she served the within copy of the **RULE 7.1 STATEMENT** upon:

> David Horowitz, P.C.
> Office & P.O. Address
> 276 Fifth Avenue
> New York, New York 10001

by depositing a true copy of the same securely in a postpaid wrapper, in a Post Office Box regularly maintained by the United States Government directed to the above-mentioned parties at their respective address above, that this being the address within the State designated by them for the purpose upon the preceding papers in this action or the place where they then kept an office, between which place, there then was and now is a regular communication by mail.

_____
NELIDA M. LAMBOY-PEREZ

Sworn to before me this
27th day of February, 2008

_____
Victoria Tasalova
Notary Public, State of New York
No. 01TA6056005
Qualified in Kings County
Commission Expires 3-12-11